UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BONIFACIO CHAVEZ-TORRES,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. C06-5553FDB

ORDER DENYING RECONSIDERATION

This Court denied Plaintiff relief on his Section 2255 petition on June 4, 2004. In this present cause of action, Plaintiff moved to vacate the judgment in this matter for "lack of personal, legislative (subject-matter) or territorial jurisdiction authority over defendant and for injunctive relief from criminal fraud pursuant to F.R.C.P. Rule 60(b)(4). This second and successive motion was denied on October 3, 2006.

Petitioner now files three documents requesting (1) evidence of authority, standing and jurisdiction, (2) entry of Petitioner's (styled "Demandant") declaration and affidavit into the record, and (3) "Administrative Notice and Demand for Identification and Credentials." The Court construes these documents as a motion for reconsideration. Having reviewed the documents, the Court will not reconsider the Order of Dismissal entered October 3, 2006.

NOW, THEREFORE, IT IS ORDERED: Judicial Notice I [Dkt. # 5], Judicial Notice II [Dkt. # 6], and Administrative Notice [Dkt. # 7] are construed together as a motion for reconsideration and are DENIED.

DATED this 1st day of November, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1